FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00038-RLP-2 |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND QUASHING ARREST WARRANT AND SETTING INITIAL APPEARANCE ON PETITION |
| v. | |
| ALEXANDRIA MARTINEZ-CLARK, | |
| Defendant. | **MOTION GRANTED** **(ECF No. 59)** |

On July 22, 2025, the Court issued an Arrest Warrant pursuant to a Petition for Action on Conditions of Pretrial Release filed on July 22, 2025, ECF No. 47, alleging Violation Nos. 1-2.  On August 21, 2025, Defendant filed a Motion to Modify Conditions of Release, ECF No. 59, requesting the warrant be quashed to allow Defendant to attend inpatient treatment.  The Arrest Warrant shall be quashed and an initial appearance set.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 59**, is **GRANTED.**

2. The Arrest Warrant at ECF No. 48, is **HEREBY QUASHED.**

ORDER - 1

3.  An initial appearance on Petition shall be held on **November 12, 2025, at 1:30 p.m**. before the undersigned in Spokane, Washington, Courtroom 740.

**IT IS SO ORDERED.**

DATED August 26, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2